```
                    FILED
                 JAN 29 2009             E-filing
              RICHARD W. WIEKING
              CLERK, U.S. DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
                       OAKLAND
```

ADR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAUREEN STAFFORD )
             Plaintiff,  )
                         )      C09-00415 MEJ
    vs.                  )      CASE NO. _____
University of California )
Berkeley                 )      **EMPLOYMENT DISCRIMINATION**
             Defendant(s).)     **COMPLAINT**
                         )
_____)

1. Plaintiff resides at:

    Address ___1444 2nd Ave., Apt. 4___

    City, State & Zip Code ___Oakland, Calif. 94606___

    Phone ___(510) 893-0752___

2. Defendant is located at:

    Address ___750 Davis Hall___

    City, State & Zip Code ___Berkeley, CA 94720___

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

    a. ___ Failure to employ me.

    b. ___ Termination of my employment.

Form-Intake 2 (Rev. 4/05)             - 1 -

1  c. __ Failure to promote me.

2  d. ✓ Other acts as specified below.

3  _UCB Workers' Compensation Carrier_

4  _DENIED ME Workman's Compensation_

5  _benefits, because of my RACE (African_

6  _American, Color) Sex (Female) Age (59) and_

7  _my Religion (one of Jehovah's Witnesses)._

8

9  5. Defendant's conduct is discriminatory with respect to the following:

10  a. ✓ My race or color.

11  b. ✓ My religion.

12  c. __ My sex.

13  d. __ My national origin.

14  e. __ Other as specified below.

15

16  6. The basic facts surrounding my claim of discrimination are:

17  _The basic facts surrounding my claim of discrimination_

18  _are: Workers Compensation Adjuster, Laurel Finnegan_

19  _rephrased the wording of Dr. Carroll M. Brodsky of_

20  _UCSF, and Dr. Melvin M. Lipsett, State of California_

21  _Disability Department's statements from my medical_

22  _reports & evaluations, to deny my Workers_

23  _Compensation benefits. On April 20, 2005, I received a_

24  _letter from James Wesolowski, Esq / UCB Attorney,_  (Exhibit (Insert) A)

25  7. The alleged discrimination occurred on or about _2004-2005_

26  (DATE)

27  8. I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)          - 2 -

(INSERT A)

enclosing a copy of Dr. Arnold Brodsky's letter dated November 15, 2004 for my files. This letter was mailed to me five (5) months after the "onset."

UCB Workers' Compensation Carrier:
  Octagon / Sedgwick CMS
P.O Box 14533
  Lexington, KY 40512-4533
  Laurie Gardner:
    (510) 302-3156

1  discriminatory conduct on or about ___2004-2006___.
2  (DATE)
3  9.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about ___December 10, 2008___
5  (DATE)
6  10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7  Yes ✓   No ____
8  11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.

DATED: Feb. 29, 2009                     _/s/ Maureen Stafford_
                                          SIGNATURE OF PLAINTIFF

*(PLEASE NOTE: NOTARIZATION*           MAUREEN STAFFORD
*IS NOT REQUIRED.)*                    PLAINTIFF'S NAME
                                       (Printed or Typed)

Form-Intake 2 (Rev. 4/05)        - 3 -

STATE OF CALIFORNIA – State and Consumer Services Agency                              ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

| | | **EEOC Number:** | **550-2009-00184** |
|---|---|---|---|
| ☐ H | 4800 Stockdale Hwy., Suite 215<br>Bakersfield, CA 93309<br>(661) 395-2729 | **Case Name:**<br>**Date:** | **Maureen Stafford v. University of California**<br>**11/25/2008** |

☐ C  1320 E. Shaw Avenue, Suite 150
Fresno, CA 93710
(559) 244-4760

☐ R/S  611 West Sixth Street, Suite 1500
Los Angeles, CA 90017
(213) 439-6799

☒ M  1515 Clay Street, Suite 701
Oakland, CA 94612
(510) 622-2941

☐ E  2000 "O" Street, Suite 120
Sacramento, CA 95814
(916) 445-5523

☐ D  1350 Front Street, Suite 3005
San Diego, CA 92101
(619) 645-2681

☐ A  San Francisco District Office
1515 Clay Street, Suite 701
Oakland, CA 94612
(510) 622-2973

☐ G  2570 North First Street, Suite 480
San Jose, CA 95131
(408) 325-0344

☐ K  2101 East Fourth Street, Suite 255-B
Santa Ana, CA 92705
(714) 558-4266

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

No response to the DFEH is required by the respondent.

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

### NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

*Jennifer Harlan*

JENNIFER L. HARLAN
Deputy Director, Employment



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5048 6877

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4239*
*Washington, DC 20530*

December 10, 2008

Ms. Maureen Stafford
1444 3rd Ave., Apt. #4
Oakland, CA  94606

Re:  EEOC Charge Against University of California @ Berkeley
     No. 555200900184

Dear Ms. Stafford:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

    The investigative file pertaining to your case is located in the EEOC Oakland Local Office, Oakland, CA.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                                    Sincerely,

                                            Grace Chung Becker
                                  Acting Assistant Attorney General
                                        Civil Rights Division

                              by

                                    Karen L. Ferguson
                                  Supervisory Civil Rights Analyst
                                  Employment Litigation Section

cc:  Oakland Local Office, EEOC
     University of California @ Berkeley



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Oakland Local Office

1301 Clay Street, Suite 1170-N
Oakland, CA 94612-5217
(510) 637-3230
TTY (510) 637-3234
FAX (510) 637-3235

DEC 10 2008

Ms. Maureen Stafford
EEOC Charge No. 555-2009-00184

While Title VII and the Americans with Disabilities Act require you to obtain a right to sue Notice before you can bring a lawsuit, you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until 90 days after you receive Notice that the Equal Employment Opportunity Commission (EEOC) has completed action on your charge.

Because the EEOC is closing your case upon issuance of the attached Notice of Right to Sue, your lawsuit under the ADEA must also be brought within 90 days of your receipt of this Notice. Otherwise, your right to sue under the ADEA is lost.

If you have any questions as to your right to sue, please call this office or consult a private attorney.

# *** COMPLAINT OF DISCRIMINATION ***

UNDER THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

EEOC CHARGE # 555-2009-00184
DFEH # E200809M0205-00-asb

**COMPLAINANT'S NAME (indicate Mr. or Ms.)**
Maureen Stafford

**TELEPHONE NUMBER (INCLUDE AREA CODE)**
(510) 893-0752

**ADDRESS**
1444 – 3rd Avenue Apt. 4

| CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|
| Oakland | CA | 94606 | Alameda |

**NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:**

**NAME**
University of California Berkeley

**ADDRESS**
200 University Hall

| CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|
| Berkeley | CA | 94720 | Alameda |

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month/day/year):** November 18, 2004

**NO. OF EMPLOYEES/MEMBERS:** 75

**CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES)**
- [x] RACE
- [x] RELIGION
- [ ] NATIONAL ORIGIN/ANCESTRY
- [ ] COLOR
- [ ] MARITAL STATUS
- [ ] DENIAL OF FAMILY/MEDICAL LEAVE
- [x] SEX
- [ ] DISABILITY
- [ ] CANCER
- [ ] PREGNANCY
- [ ] SEXUAL ORIENTATION
- [ ] GENETIC CHARACTERISTICS
- [x] AGE
- [ ] OTHER (SPECIFY)

**RECEIVED NOV 26 2008 EEOC - OLO**

I believe that on or about

(date or dates) November 18, 2004

respondent University of California, Berkeley

(act or acts of harm) Denied Workman's Compensation Benefits

Harassed

because of my Race (African American, Color) Sex (Female) Age (59) Religion (Jehovah's Witness)

protected group status)

in violation of the California Fair Employment and Housing Act.

ish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of eipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

ive not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair ployment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court ion."

clare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters d on my information and belief, and as to those matters I believe it to be true.

d _August 19, 2008_   _Maureen Stafford_
                        COMPLAINANT'S SIGNATURE

_Maureen Stafford_   11/18/2008
City                 COMPLAINANT'S SIGNATURE/GUARDIAN AD LITEM

RECEIVED AUG 19 2008

RECEIVED