IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STAFFORD, | No. C-09-0415 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION OF REASSIGNMENT** |
| v. | |
| UNIVERSITY OF CALIFORNIA BERKELEY, | |
| Defendant. / | |

Before the Court is plaintiff's "Motion of Reassignment," filed February 24, 2009, by which plaintiff requests that the undersigned "be excuse[d]" from the above-titled action, for the reason that the undersigned is a graduate of defendant university.

The motion is hereby DENIED, for the reason that plaintiff has failed to demonstrate a ground for disqualification. See 28 U.S.C. § 455(a) (providing judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned"); see also Brody v. President & Fellows of Harvard College, 664 F.2d 10, 11 (1st Cir. 1981) (holding "a judge's having attended a school, which is a party, without more, is not a reasonable basis for questioning his impartiality").

**IT IS SO ORDERED.**

Dated: February 26, 2009

_____
MAXINE M. CHESNEY
United States District Judge