IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN STAFFORD, | No. C-09-0415 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| UNIVERSITY OF CALIFORNIA, BERKELEY, | |
| Defendant. / | |

Before the Court is plaintiff's "Motion [for] Voluntary Dismissal," filed April 20, 2009. Good cause appearing, plaintiff's motion is hereby GRANTED, and the above-titled action is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: April 21, 2009

MAXINE M. CHESNEY
United States District Judge